# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 5/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk Street, Rm. 9110
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Line of credit | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA Account #1 (H) | | | | | | | | | |
| 2. - Bank of America RASP | A | Interest | J | T | | | | | |
| 3. - Apple (AAPL) | A | Dividend | M | T | | | | | |
| 4. - iShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | J | T | | | | | |
| 5. - Vanguard Consumer Staples Index Fund (VDC) | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 6. - Vanguard Materials Index Fund ETF (VAW) | A | Dividend | J | T | | | | | |
| 7. - Consumer Discretionary Select Sector SPDR Fund (XLY) | A | Dividend | K | T | Sold (part) | 08/14/20 | J | A | |
| 8. | | | | | Sold (part) | 10/22/20 | J | A | |
| 9. - Vanguard Industrials Index Fund ETF (VIS) | A | Dividend | K | T | Sold (part) | 08/14/20 | J | A | |
| 10. - Health Care Select Sector SPDR Fund (XLV) | A | Dividend | K | T | Buy (add'l) | 05/14/20 | J | | |
| 11. - Financial Select Sector SPDR Fund (XLF) | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 12. - Vanguard Information Technology Index ETF (VGT) | A | Dividend | K | T | Sold (part) | 04/16/20 | J | A | |
| 13. - First Trust Dow Jones Internet Index ETF (FDN) | | None | K | T | Buy (add'l) | 03/16/20 | J | | |
| 14. | | | | | Sold (part) | 05/14/20 | J | A | |
| 15. - First Trust Cloud Computing ETF (SKYY) | A | Dividend | K | T | Sold (part) | 05/14/20 | J | A | |
| 16. - Energy Select Sector SPDR Fund (XLE) | A | Dividend | | | Sold | 03/16/20 | J | A | |
| 17. - Real Estate Select Sector SPDR Fund (XLRE) | A | Dividend | | | Sold (part) | 05/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 10/22/20 | J | A | |
| 19.   - Communication Services Select Sector SPDR (XLC) | A | Dividend | K | T | Buy (add'l) | 05/14/20 | J | | |
| 20.   - Pacer Benchmark Data & Infra (SRVR) | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 21.   - ProShares Online Retail ETF (ONLN) | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 22.   Retirement Account #1 (H) | | | | | | | | | |
| 23.   - BMO Strategic Income Fund Class A (BMTAX) | B | Dividend | | | Sold | 02/18/20 | M | F | |
| 24.   - Microsoft Bonds (CUSIP 594918AH7) | A | Interest | | | Redeemed | 10/01/20 | K | B | |
| 25.   - Fidelity Government Cash Reserves (FDRXX) | A | Dividend | M | T | | | | | |
| 26.   - Fidelity MMKT Premium Class (FZDXX) | A | Dividend | L | T | Sold (part) | 02/19/20 | J | A | |
| 27. | | | | | Buy (add'l) | 06/09/20 | L | | |
| 28.   - Fidelity ContraFund (FCNTX) | C | Dividend | L | T | | | | | |
| 29.   - Fidelity Equity Dividend Income Fund (FEQTX) | B | Dividend | L | T | | | | | |
| 30.   - Fidelity Dividend Growth Fund (FDGFX) | A | Dividend | K | T | | | | | |
| 31.   - Fidelity Blue Chip Value Fund (FBCVX) | A | Dividend | J | T | | | | | |
| 32.   - Modern Bank CD (CUSIP 607544AT0) | A | Interest | | | Redeemed | 04/13/20 | K | | |
| 33.   - Wells Fargo Bank CD (CUSIP 949763SE7) | B | Interest | | | Redeemed | 07/13/20 | M | | |
| 34.   - Fidelity 500 Index Fund (FXAIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Limited Term Bond Fund (FJRLX) | B | Dividend | M | T | Buy | 02/18/20 | M | | |
| 36. - Fidelity Total Bond (FTBFX) | D | Dividend | M | T | Buy | 02/19/20 | M | | |
| 37. Brokerage Account #1 (H) | | | | | | | | | |
| 38. - Morgan Stanley Private Bank NA Fund | A | Interest | J | T | | | | | |
| 39. - JP Morgan Chase FXD 5.3 (CUSIP 46625HKK5) | C | Dividend | L | T | | | | | |
| 40. - CitiGroup Inc. FXD 5.95 (CUSIP 172967JZ5) | D | Dividend | L | T | | | | | |
| 41. - CitiGroup Inc. FXD 6.125 (CUSIP 172967KD2) | D | Dividend | M | T | | | | | |
| 42. - Federated Prime Cash Obligations Fund (PCOXX) | A | Dividend | | | Sold | 11/17/20 | J | A | |
| 43. - Bank of America Corp FXD 6.1 (CUSIP 060505EN0) | D | Dividend | M | T | | | | | |
| 44. - Bank of America Corp FXD 5.125 (CUSIP 060505FP4) | D | Dividend | M | T | | | | | |
| 45. - JP Morgan Chase FXD 6.1 (CUSIP 48126HAC4) | D | Dividend | M | T | | | | | |
| 46. - Morgan Stanley FXD 5.3 (CUSIP 269246BR4) (See Note 2) | E | Dividend | N | T | | | | | |
| 47. - PGIM Short Dur High Yield (SDHY) | | | M | T | Buy | 11/25/20 | L | | |
| 48. Brokerage Account #2 (H) | | | | | | | | | |
| 49. - N. Tex. Twy. Auth. Municipal Bonds (CUSIP 66285WFX9) | C | Interest | | | Sold | 11/25/20 | L | A | |
| 50. - Waco TX CTFS (CUSIP 929831FN0) | B | Interest | | | Sold | 11/25/20 | L | A | |
| 51. - Bank of America Money Market Fund | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Eaton Vance Tax-Managed Global Buy-Write (ETW) | D | Dividend | | | Sold | 11/25/20 | L | A | |
| 53. - SP500 CLIRN Issuer CIBC (MLVJS) | | None | | | Redeemed | 10/30/20 | L | D | |
| 54. Compass Bank | E | Interest | O | T | | | | | |
| 55. Northwestern Mutual EOL Whole Life Insurance #117 (See Note 1) | A | Dividend | J | T | | | | | |
| 56. Northwestern Mutual EOL Whole Life Insurance #714 | A | Dividend | J | T | | | | | |
| 57. Northwestern Life Mutual Whole Life Insurance #642 | A | Dividend | J | T | | | | | |
| 58. Northwestern Mutual Whole Life Insurance #817 | C | Dividend | L | T | | | | | |
| 59. Northwestern Mutual Whole Life Insurance #811 | C | Dividend | L | T | | | | | |
| 60. Northwestern Mutual Whole Life Insurance #840 | C | Dividend | K | T | | | | | |
| 61. IRA Account #4 (H) | | | | | | | | | |
| 62. - Capital Income BLDR (CAIBX) | D | Dividend | M | T | | | | | |
| 63. - American FDS Portfolio Growth and Income Fund (GAIOX) | D | Dividend | N | T | | | | | |
| 64. - Apple (AAPL) | A | Dividend | J | T | | | | | |
| 65. - Industrial Select Sector SPDR Fund (XLI) | A | Dividend | J | T | | | | | |
| 66. - Consumer Staples Select Sector SPDR (XLP) | A | Dividend | J | T | | | | | |
| 67. - Energy Select Sector SPDR Fund (XLE) | A | Dividend | J | T | | | | | |
| 68. - Consumer Discretionary Select Sector SPDR (XLY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | - SPDR Gold Trust (GLD) | | None | J | T | | | | | |
| 70. | - Vanguard Information Technology Index (VGT) | A | Dividend | K | T | | | | | |
| 71. | - WF Sweep | A | Interest | J | T | | | | | |
| 72. | - American Funds High Income Trust (AHITX) | B | Dividend | K | T | | | | | |
| 73. | IRA Account #5 (H) | | | | | | | | | |
| 74. | - iShares Core S&P 500 (IVV) | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 75. | - iShares MSCI EAFE ETF (EFA) | | None | | | Sold | 04/06/20 | J | A | |
| 76. | - Pacer Trendpilot US Large Cap ETF (PTLC) | | None | | | Sold | 01/27/20 | J | A | |
| 77. | - SPDR Gold Trust (GLD) | | None | K | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 78. | | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 79. | | | | | | Sold<br>(part) | 05/12/20 | J | A | |
| 80. | | | | | | Sold<br>(part) | 12/02/20 | J | A | |
| 81. | - Vanguard Emerging Markets Stock Index (VWO) | | None | | | Sold<br>(part) | 01/27/20 | J | A | |
| 82. | | | | | | Sold | 01/29/20 | J | A | |
| 83. | - Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | | | Sold<br>(part) | 03/03/20 | J | A | |
| 84. | | | | | | Sold | 03/25/20 | J | A | |
| 85. | - Vanguard Small-Cap Index Fund ETF (VB) | A | Dividend | | | Sold<br>(part) | 03/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold | 03/25/20 | J | A | |
| 87.   - WisdomTree Japan Hedged Equity ETF (DXJ) | A | Dividend | J | T | Sold (part) | 03/24/20 | J | A | |
| 88. | | | | | Sold (part) | 12/02/20 | J | A | |
| 89.   - Janus Henderson Developed World Bond I (HFAIX) | A | Dividend | | | Sold | 04/29/20 | K | A | |
| 90.   - Loomis Sayles Global Allocation Fund (LSWWX) | | None | | | Sold | 05/01/20 | J | A | |
| 91.   - Lord Abbett Short Duration Income Fund (LLDYX) | A | Dividend | | | Sold | 03/19/20 | K | A | |
| 92.   - Oakmark Fund Advisor Class (OAYMX) | | None | | | Sold | 03/24/20 | J | A | |
| 93.   - Putnam Income Fund Class Y (PNCYX) | A | Dividend | | | Sold | 04/29/20 | K | A | |
| 94.   - VanEck Vectors JP Morgan EM Local Currency Bond ETF (EMLC) | A | Dividend | | | Sold | 04/29/20 | K | A | |
| 95.   - First Eagle Global Fund Class I (SGIIX) | | None | | | Sold | 05/01/20 | J | A | |
| 96.   - Fidelity Investments MMKT FDS (FNSXX) | A | Dividend | K | T | Buy | 01/27/20 | K | | |
| 97. | | | | | Sold (part) | 02/07/20 | J | A | |
| 98. | | | | | Buy (add'l) | 03/03/20 | K | | |
| 99. | | | | | Sold (part) | 03/13/20 | K | | |
| 100. | | | | | Sold (part) | 03/19/20 | K | | |
| 101. | | | | | Buy (add'l) | 05/05/20 | K | | |
| 102.   - PACER FDS Cash Cows (COWZ) | | None | | | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 104. | | | | | Sold | 05/01/20 | J | | |
| 105.   - Vanguard Short Term ETF (BSV) | A | Dividend | K | T | Buy | 03/19/20 | K | | |
| 106. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 107. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 108. | | | | | Sold (part) | 12/02/20 | K | A | |
| 109.   - iShares MSCI USA Qaulity Factor ETF (QUAL) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 110. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 111. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 112. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 113. | | | | | Sold (part) | 11/04/20 | J | A | |
| 114. | | | | | Sold (part) | 12/02/20 | J | A | |
| 115.   - First Trust Dow Jones ETF (FDN) | | None | J | T | Buy | 04/02/20 | J | | |
| 116. | | | | | Sold (part) | 05/12/20 | J | A | |
| 117. | | | | | Sold (part) | 11/04/20 | J | A | |
| 118. | | | | | Sold (part) | 12/02/20 | J | A | |
| 119.   - Vanguard Consumer Staples ETF (VDC) | A | Dividend | J | T | Buy | 04/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 121. | | | | | Sold (part) | 12/02/20 | J | A | |
| 122.  - iShares MSCI Int'l Multifactor ETF (INTF) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 123. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 124. | | | | | Sold (part) | 12/02/20 | J | A | |
| 125.  - First Trust TCW Opportunistic Fixed Income ETF (FIXD) | A | Dividend | K | T | Buy | 04/29/20 | K | | |
| 126. | | | | | Sold (part) | 12/02/20 | J | A | |
| 127.  - PIMCO Active Bond ETF (BOND) | A | Dividend | K | T | Buy | 04/29/20 | K | | |
| 128. | | | | | Sold (part) | 12/02/20 | J | A | |
| 129.  - Vanguard Total Int'l Bond ETF (BNDX) | A | Dividend | J | T | Buy | 04/29/20 | K | | |
| 130. | | | | | Sold (part) | 12/02/20 | J | A | |
| 131.  - Xtrackers MSCI Europe Hedged Equity (DBEU) | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 132. | | | | | Sold (part) | 12/02/20 | J | A | |
| 133.  - Goldman Sachs ActiveBeta US (GSLC) | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 134. | | | | | Sold (part) | 11/04/20 | J | A | |
| 135. | | | | | Sold (part) | 12/02/20 | J | A | |
| 136.  - Wells Fargo Sweep | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  IRA Account #6 (H) | | | | | | | | | |
| 138.  - Energy Transfer Equity (ET) | B | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 139.  - Enterprise Products Partners LP (EPD) | B | Dividend | J | T | Buy<br>(add'l) | 04/15/20 | J | | |
| 140. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 141.  - Kinder Morgan Inc. (KMI) | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 142. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 143.  - ONEOK Inc. (OKE) | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 145.  - Williams Companies Inc. (WMB) | B | Dividend | J | T | Sold<br>(part) | 11/25/20 | J | A | |
| 146.  - First Eagle Overseas Fund Class A<br>(SGOVX) | A | Dividend | K | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 147. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 148.  - Templeton Emerging Markets Income<br>Fund (TEI) | A | Dividend | J | T | | | | | |
| 149.  - Templeton Global Bond Fund Class A<br>(TPINX) | A | Dividend | | | Sold | 08/17/20 | K | A | |
| 150.  - Vanguard Prime Money Market Fund<br>(VMMXX) | A | Dividend | L | T | Buy<br>(add'l) | 04/28/20 | K | | |
| 151.  - iShares JP Morgan EM Local Currency<br>Bond ETF (LEMB) | | None | J | T | Sold<br>(part) | 08/06/20 | J | A | |
| 152. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 153.  - iShares S&P 500 Growth ETF (IVW) | A | Dividend | K | T | Buy<br>(add'l) | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 06/22/20 | J | B | |
| 155. | | | | | Sold (part) | 08/21/20 | J | B | |
| 156. | | | | | Sold (part) | 11/25/20 | J | C | |
| 157.   - iShares S&P 500 Value ETF (IVE) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 158. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 159. | | | | | Sold (part) | 11/25/20 | J | A | |
| 160.   - iShares Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | | | Buy (add'l) | 03/11/20 | J | | |
| 161. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 162. | | | | | Sold | 06/29/20 | K | A | |
| 163.   - Vanguard Short-Term Bond Index Fund ETF (BSV) | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 164. | | | | | Sold (part) | 04/06/20 | J | A | |
| 165. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 166. | | | | | Sold (part) | 11/25/20 | J | A | |
| 167.   - Pershing Gov. Acct. | A | Dividend | J | T | | | | | |
| 168.   - MFS International Diversification Fund (MDIJX) | A | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 169. | | | | | Sold (part) | 06/30/20 | J | A | |
| 170. | | | | | Sold (part) | 08/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 11/24/20 | J | B | |
| 172.  - Vanguard High-Yield Corporate Bond Fund Admiral (VWEAX) | A | Dividend | | | Sold (part) | 02/28/20 | K | A | |
| 173. | | | | | Sold | 04/03/20 | J | A | |
| 174.  - JPMorgan Emerging Markets (JFAMX) | A | Dividend | K | T | Buy | 06/26/20 | K | | |
| 175. | | | | | Sold (part) | 08/20/20 | J | A | |
| 176. | | | | | Sold (part) | 11/24/20 | J | B | |
| 177.  - Eaton Vance Emerging Markets (EEIAX) | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 178.  - PGIM Global Total Return Fund (PZTRX) | A | Dividend | K | T | Buy | 08/17/20 | K | | |
| 179. | | | | | Sold (part) | 11/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 5/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. All life insurance policies (Part VII, Lines 96-101) are either whole life or what is called extraordinary life (EOL), which are essentially whole life policies. Any dividends that are generated are used to pay the premium or to buy more coverage. The undersigned does not have any investment authority over these policies, nor does he invest any funds associated with these policies.

2. Previously labeled E*Trade 5.3. Morgan Stanley bought E*Trade in October 2020 and the FXD was renamed Morgan Stanley 5.3.

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544